June 6, 2013



# JUDGMENT

## The Fourteenth Court of Appeals

HARVELLA JONES, Appellant

NO. 14-12-00306-CV                    V.

VILLAGE OF TOWN CENTER OWNERS ASSOCIATION, INC., Appellee

_____

     This cause, an appeal from the judgment in favor of appellee, Village of Town Center Owners Association, Inc., signed March 26, 2012, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

     We order appellant, Harvella Jones, to pay all costs incurred in this appeal. We further order this decision certified below for observance.